IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

William Howard Rutland, III, #09030325, )
a/k/a William H. Rutland, III, )
)
           Plaintiff, )
) Civil Action No. 8:09-2430-SB
v. )
)
Rebecca L. Wenrich, Nurse, ) **ORDER**
)
           Defendant. )
)

This matter is before the Court upon the Plaintiff's pro se complaint filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On September 24, 2009, United States Magistrate Judge Bruce Howe Hendricks issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the Plaintiff's complaint without prejudice and without issuance and service of process for failure to state a claim and because the claims raised in this complaint are being addressed in a separate suit filed by the Plaintiff. Attached to the R&R was a notice advising the Plaintiff of his right to file specific, written objections to the R&R within ten days of the date of service of the R&R. To date, no objections have been filed.[1]

Absent timely objection from a dissatisfied party, a district court is not required to

---

[1] The Plaintiff recently submitted a letter requesting information on all of his cases (of which there are at least 15). In response, the Clerk's Office sent the Plaintiff a list of the cases indicating which cases are open and which are closed as well as the deadlines for filing responses to motions and/or objections to the R&R. A copy of the Plaintiff's letter as well as the Clerk's response was filed in all of the Plaintiff's open cases.

review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R (Entry 11) as the Order of this Court, and it is

**ORDERED** that the Plaintiff's complaint is dismissed without prejudice and without issuance and service of process.

**AND IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

October 28, 2009
Charleston, South Carolina